**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ford Motor Company,

       Plaintiff,                      Civil No. 09-52 (RHK/JJK)

vs.                                **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

Stillwater Ford, Lincoln-Mercury,
Inc.,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 13, 2009

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge