**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| FORD MOTOR COMPANY, | Civil No. 09-0052 (JRT/RLE) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STILLWATER FORD, LINCOLN-MERCURY, INC., | |
| Defendant. | |

_____

Brian Vander Pol and Vernle Durocher, Jr., **DORSEY & WHITNEY, LLP,** 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402; Donald Cram, Duane Geck and Mark Joseph Kenney, **SEVERSON & WERSON, PC**, One Embarcadero Center, 26th Floor, San Francisco, CA 94111, for plaintiff.

Molly Borg and Timothy Thornton, **BRIGGS & MORGAN, PA**, 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendant.

Pursuant to written stipulation entered into between the Plaintiff Ford Motor Company and Defendant Stillwater Ford, Lincoln-Mercury, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Judgment be entered in favor of Plaintiff Ford Motor Company and against Defendant Stillwater Ford, Lincoln-Mercury, Inc. in the amount of $3,145,364.68.

DATED: May 1, 2009
at Minneapolis, Minnesota.
                                                      _____s/John R. Tunheim_____
                                                          JOHN R. TUNHEIM
                                                     United States District Judge